| | | | |
|---|---|---|---|
| | AUSA: Zachary Zurek | | Telephone: (313) 226-0285 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Ryan Thick, ATF | | Telephone: (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Desmond Atkins

Case: 2:25-mj-30674
Assigned To : Unassigned
Assign. Date : 11/3/2025
Description: USA V SEALED (LLH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **October 19, 2025** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of Ammunition |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Thick, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: **November 3, 2025**

_____
*Judge's signature*

City and state: **Detroit, MI**

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

Case: 2:25-mj-30674
Assigned To : **Unassigned**
Assign. Date : **11/3/2025**
Description: **USA V SEALED (LLH)**

## AFFIDAVIT IN SUPPORT OF CRIMIANL COMPLAINT

### I.   INTRODUCTION AND AGENT BACKGROUND

I, Ryan Thick, being first duly sworn, hereby depose and state as follows:

1.     I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2.     I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

3.     While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and

arrest warrants, utilized confidential informants, performed interviews, analyzed data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

5. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

6. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Desmond ATKINS (DOB: XX/XX/1992), a convicted felon, has possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

## II. PROBABLE CAUSE

8. In October 2025, I investigated a shooting incident that occurred in Detroit on October 19, 2025, involving shots fired at an occupied residence. On October 19, 2025, DPD Officers were dispatched to an address on Kenmoor Street, Detroit, MI. At approximately 9:13 a.m., there was a ShotSpotter activation alert near that location which detected four shots fired. Officers collected two spent 9mm shell casings.

9. A witness told officers they heard a verbal altercation and several shots fired afterwards. The witness provided officers with video camera footage showing the incident.

10. I reviewed surveillance footage from the October 19, 2025, shooting incident. The video showed the following:

11. At approximately 9:12 a.m., a Cadillac sedan is seen travelling eastbound on Kenmoor and stopping in front of an address on Kenmoor. A black male wearing a black shirt, black pants, and black shoes, believed to be ATKINS, opened the driver door of the Cadillac, got out, and stood next to the Cadillac. At the same time, a female got out of the front passenger door and walked towards the residence. The female got into a black sedan parked next to the residence and started to drive away. While she was driving away, a male appeared in the side doorway entrance to the residence, and can be heard yelling, "You a ho!" At the same moment the male appeared in the doorway, ATKINS is seen standing by the Cadillac, firing

3

two shots from a handgun in the direction of the residence. The male that was standing in the doorway briefly ducked back inside the home when shots were fired.

12.     ATKINS then got back into the Cadillac and started to drive away when the male in the doorway reappeared and continued to yell, "You a ho!" Two more gunshots are heard being fired, and apparent bullet strikes can be seen in the front yard of the residence. The female drove away in the black sedan at the same time heading the opposite direction. While the cars drove away, the male from the residence can be heard yelling, "I'll fuck you up!"

*ATKINS and the female get out of the Cadillac at the same time:*



4

*ATKINS fires shots towards the house while the male inside ducks back into the doorway and the female drives the black sedan through the front yard and away:*



13. I reviewed body worn camera video from the officers that collected the fired cartridge casings from the scene. The officers recovered the fired casings from the roadway right next to where the Cadillac was parked when ATKINS was firing shots towards the house. The recovery of only two casings, when four shots were fired is also consistent with the video, since it appears the second two shots were fired from inside the Cadillac, through the open passenger window, after ATKINS got back in the car.

14. I then reviewed City of Detroit Project Green Light cameras for October 19, 2025, in the area of 11622 E. McNichols Road, Detroit, Michigan (Sunoco gas station). Based on my review of the Green Light cameras, I observed the involved

5

Cadillac, bearing Michigan license plate EYM8188 sedan pull into the gas station at approximately 9:06 a.m. EST. I observed ATKINS wearing a black shirt, black hat, black pants, and black shoes exit the driver side door. I also observed the female wearing a pink shirt and gray pants exit the front passenger door, as shown below:



*Picture showing ATKINS's face and clothing clearly while at the gas station:*



15. At approximately 9:12 a.m. EST, I observed the Cadillac exit the Sunoco gas station traveling southbound on Gunston Ave. from E. McNichols and was able to observe the license plate on the Cadillac, showing Michigan license plate EYM8188. The Cadillac continued southbound on Gunston Ave. towards Kenmoor Street. The shooting location is located near the intersection of Kenmoor and Gunston, two blocks south of the Sunoco gas station.

16. A query of MI license plate EYM8188 in Michigan Law Information Network (LEIN) revealed the Cadillac is registered to Desmond ATKINS. Based on a review of ATKINS's Michigan Secretary of State driver's license, agents noticed similarities, to include skin tone, hair style and height, between that photo

7

and the individual observed on surveillance and a review of surveillance video. Agents compared ATKINS's driver's license to the individual that was observed outside of 11622 E. McNichols Road, Detroit, Michigan, on Green Light video minutes prior to the October 19, 2025 shooting, and video from the October 19, 2025 shooting. Based on that review, it is my opinion that, Desmond ATKINS is the individual on video at the gas station minutes prior to the shooting and the individual seen on video shooting in the direction of the residence.

17. On October 23, 2025, I compared Xfinity video footage from the October 19, 2025, shooting scene to Project Green Light video at 11622 E. McNichols Road, Detroit, Michigan. During my review I noticed the suspect had similar clothing, black shirt, black pants, and black shoes as ATKINS wore at the Sunoco gas station just moments earlier. I also observed the female wearing similar clothing, pink shirt and gray pants. Also, I noticed the involved vehicle is very similar to include vehicle make/model, color, wheels and taillights.

### III. IDENTIFICAITON OF SUBJECT PHONE

18. On October 22, 2024, ATF SA Steven Allick contacted Michigan Department of Corrections (MDOC) Intelligence regarding ATKINS. Based on information received from MDOC intelligence, agents identified a phone number associated with ATKINS, hereinafter the "SUBJECT PHONE." ATKINS has the SUBJECT PHONE associated with his Jpay account. The Jpay account was last used in May 2025. Based on the information received the customer's name is "Gwuala

8

dezo." The phone number listed associated to the account is the SUBJECT PHONE, with an address in Highland Park, MI. Additionally, the email associated to the account includes the name Desmond Atkins in the address. Jpay is a system for incarcerated persons that allows them to send and receive messages (similar to text messages) and emails to family and friends via the Jpay system. In order to send money and messages to inmates, individuals have to create their own Jpay account and then use the Jpay system to send money or communicate with the inmate. In 2023, ATKINS provided the number to the SUBJECT PHONE to his parole agent as his cell phone number. ATKINS was discharged from parole in June of 2024. I also had MDOC check whether the SUBJECT PHONE had communicated with any MDOC inmates recently. Per MDOC records, the SUBJECT PHONE was used to communicate with an MDOC inmate as recently as June 2025.

19.     Based on information received from the Michigan Department of Health and Human Services, ATKINS has an active Medicaid case. His last contact with his case worker was in July of 2025, and he stated that he lived at the same address in Highland Park associated with his Jpay account. ATKINS's phone number listed on file is the SUBJECT PHONE, and his associated email address is the same as the email address associated with his Jpay account..

20.     On October 22, 2025, ATF SA Steven Allick queried the number for the SUBJECT PHONE in Cash App, a financial service platform. The query revealed the SUBJECT PHONE is associated to an account name "Gwuala Island," similar

9

to the customer name used on ATKINS's Jpay account, "Gwuala dezo." On this same date, SA Allick compared ATKINS's Michigan Secretary of State (SOS) driver's license photo with the Cash App account photo connected to the SUBJECT PHONE. Based on this review, it is believed ATKINS is the individual associated to the Cash App account listed below.

**ATKINS State of Michigan Photo**      **Cash App Photo**




21. I also located an Instagram account in the name "gwuala_dezo" which appeared to be ATKINS's account, based upon several recent photos of ATKINS posted by the account.

22. Based on the above facts, I believe ATKINS is using the SUBJECT PHONE and was using the SUBJECT PHONE on the day of the shooting incident.

## IV. ATKINS'S PHONE LOCATION AT THE SHOOTING SCENE

23. On October 24, 2025, I applied for and obtained a federal search warrant for real time and historical location data associated with the SUBJECT PHONE.

24. On October 27, 2025, Investigative Research Specialist (IRS) Amanda Roth reviewed the records associated with the SUBJECT PHONE which were obtained from AT&T.

25. I requested IRS Roth to identify the SUBJECT PHONE top caller ID list. Records revealed one of ATKINS's most frequently contacted phone numbers to be a number associated with Person 1, who resides at an address in Eastpointe, MI, the "SUBJECT RESIDENCE."

26. I requested IRS Roth to specifically review the specialized location records for the date and time of the October 19, 2025 shooting which occurred at approximately 9:13 a.m. According to IRS Roth's preliminary analysis, the SUBJECT PHONE was in the vicinity of the SUBJECT RESIDENCE before traveling to the vicinity of the shooting scene on October 19, 2025, between the approximate time of 7:00 a.m. to 7:20 a.m. The SUBJECT PHONE then travels back to the vicinity of the SUBJECT RESIDENCE before the time of the shooting incident on October 19, 2025, between the approximate time of 8:10 a.m. to 8:30 a.m.

27. According to records, the SUBJECT PHONE then travels toward the shooting scene on October 19, 2025, between the approximate time of 9:05 a.m. to 9:15 a.m. (According to ShotSpotter, the shots were fired at approximately 9:13 a.m.). This information further supports ATKINS's presence at the scene before the shooting and at the scene while the shooting was in progress.

28. According to the phone records, the SUBJECT PHONE travels back to the vicinity of the SUBJECT RESIDENCE after the shooting at approximately 4:15 p.m.

V. **SURVEILLANCE AT THE SUBJECT RESIDENCE**

29. In October 2025, ATF special agents from the Detroit Field Division performed physical surveillance the SUBJECT RESIDENCE. The surveillance lasted several hours and included both mobile surveillance (i.e., "drive by") and surveillance from a fixed position.

30. During surveillance, agents observed a dark color Ford Fusion backed into the driveway of the SUBJECT RESIDENCE, agents later determined the license plate to be Michigan license plate 6PCW48, registered to Person 1 (the same person in ATKINS's top caller list). Based on a review of Person 1's Michigan Secretary of State driver's license, the SUBJECT RESIDENCE is Person 1's registered address. Agents conducted surveillance of the Ford Fusion as it drove to 6451 E McNichols Rd., Detroit, MI (Priority Waste Resources). Agents saw an individual believed to be ATKINS exit the front driver door of the Ford

Fusion at the location, 6451 E McNichols Rd., Detroit, MI. Agents reviewed GPS location data for the SUBJECT PHONE and its movements were consistent with ATKINS being in possession of the device.

31. Based on information received from the Michigan Department of Health and Human Services, ATKINS is employed with Priority Waste Resources as a Sanitation Specialist located at 6451 E McNichols Rd., Detroit, MI

32. I reviewed ATKINS criminal history which notes he is currently on felony probation and under the conditions of probation, ATKINS cannot possess any firearms or ammunition. ATKINS has the following felony convictions:

   a. 2014- Felony Carjacking-Third Circuit Court, Wayne County, Michigan,

   b. 2014- Weapons-Felony Firearms-Third Circuit Court, Wayne County, Michigan.

33. ATKINS was discharged from Michigan Department of Correction 2023- Felony Breaking and Entering a Building-3rd Circuit Court-Wayne County, MI. On January 27, 2023, ATKINS signed MDOC form CSJ-290 which informs the individual they are prohibited from possessing firearms or ammunition under state and federal law. Therefore, ATKINS is aware of his status as a convicted felon, and that he is prohibited from possessing firearms and ammunition.

## VI. **INTERSTATE NEXUS**

34. On October 23, 2025, ATF Interstate Nexus Expert, Special Agent Jimmie Pharr was provided a verbal and visual description of the head stamps of the shell casings that were recovered from the October 19, 2025, shooting scene in Detroit. SA Pharr advised the ammunition was manufactured outside of the state of Michigan and thus had traveled in and affected interstate or foreign commerce.

## VII. **CONCLUSION**

35. Based on this information and ATKINS possession of ammunition on October 19, 2025, there is probable cause to believe that ATKINS violated 18 U.S.C. § 922(g)(1) by being a convicted felon in possession of ammunition. This violation occurred in the Eastern District of Michigan.

Respectfully submitted,

_Ryan Thick_
Ryan Thick
ATF Special Agent

Sworn to before me and signed in my presence and/or by reliable electronic means.

_David G. M___
HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

DATE: November 3, 2025

14